Norman C. Kleinberg
Theodore V. H. Mayer
William J. Beausoleil
HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, New York 10004-1482
(212) 837-6000

Paul F. Strain
M. King Hill, III
David J. Heubeck
VENABLE LLP
Two Hopkins Plaza, Suite 1800
Baltimore, Maryland 21201
(410) 244-7400

*Attorneys for Defendant Merck & Co., Inc.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------x
IN RE:                                           :
Fosamax Products Liability Litigation            :   1:06-md-1789 (JFK)
                                                 :
-------------------------------------------------x
*This Document Relates to:*                      :   **NOTICE OF APPEARANCE**
Louise Vitale                                    :
v. Merck & Co., Inc.                             :
                                                 :
Case No: 1:08-cv-2821-JFK                        :
-------------------------------------------------x

      PLEASE TAKE NOTICE that Paul F. Strain hereby enters his appearance as counsel of record in the above referenced causes of action.  All inquiries, pleadings and court documents should be filed and served upon the undersigned.

Dated: May 16, 2008
     New York, New York                  Respectfully submitted,

                                        By: _____/s/_____
                                            Paul F. Strain

                                          Venable LLP
                                          Two Hopkins Plaza
                                          1800 Mercantile Bank & Trust Bldg
                                          Baltimore, MD 21201
                                          (410)-244-7717
                                          Fax: (410)-244-7742
                                          Email: pfstrain@venable.com

**CERTIFICATE OF SERVICE**

       I hereby certify that on May 16, 2008, the foregoing NOTICE OF APPEARANCE was filed electronically and served electronically, pursuant to the Court's Case Management Order, via the Court's CM/ECF system.

                                                      /s/
                                    Paul F. Strain

                                    Venable LLP
                                    Two Hopkins Plaza
                                    1800 Mercantile Bank & Trust Bldg
                                    Baltimore, MD 21201
                                    (410)-244-7717
                                    Fax: (410)-244-7742
                                    Email: pfstrain@venable.com